COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | | No. 08-13-00072-CR |
| State, | § | |
| | | Appeal from the |
| v. | § | |
| | | 409th District Court |
| ROCIO ROMERO, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 20120D01434) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **August 26, 2013.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **August 26, 2013.**

IT IS SO ORDERED this 31st day of July, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.